■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO RAMIREZ, Appellant. [871 NYS2d 705]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Eng, J.), rendered March 22, 2006, convicting him of aggravated sexual abuse in the third degree, upon a nonjury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

As a threshold matter, the defendant's challenge to the legal

sufficiency of the evidence supporting his conviction is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Hawkins*, 11 NY3d 484 [2008]; *People v Gordon*, 47 AD3d 833, 833-834 [2008]; *People v Colon*, 43 AD3d 951 [2007]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]; *People v Hayes*, 47 AD3d 835 [2008]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Burgos*, 18 AD3d 667 [2005]; *People v Smith*, 303 AD2d 426 [2003]; *People v Best*, 294 AD2d 512 [2002]). Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the opportunity of the trier of fact to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Rivera, J.P., Santucci, Carni and Dickerson, JJ., concur.